AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP - 6 2017

David J. Bradley, Clerk

United States of America
v.
Karina GONZALEZ-Sanchez
DOB: 1991, Citizen of Mexico

*Defendant(s)*

Case No. M-17-1585-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 5, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922 | Illegal alien in possession of a firearm. |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Isidro Martinez Jr., HSI Special Agent
*Printed name and title*

approved by
AUSA Knoop

Sworn to before me and signed in my presence.

Date: September 6, 2017
10:08 am

_____
*Judge's signature*

City and state: __McAllen, Texas__

U.S. Magistrate Peter Ormsby
*Printed name and title*

On September 5, 2017, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a call from Pharr, Texas Port of Entry regarding a tractor trailer loaded with possible narcotics. During surveillance of the tractor trailer, HSI Agents encountered Karina GONZALEZ-Sanchez, a Mexican national, illegally present in the United States.

GONZALEZ-Sanchez was read her Miranda Rights and she agreed to speak to HSI Agents without the presence of an attorney. During the interview, GONZALEZ-Sanchez admitted to having two firearms and bulk cash in her home located at 3513 Kingsborough Ave., McAllen, Texas 78504.

HSI Agents obtained consent from GONZALEZ-Sanchez to search her home. During the search, HSI Agents found a .40 caliber Smith & Wesson SD40 pistol (Serial No. DVB0365) and a .45 caliber Hi-Point JHP pistol (Serial No. X4142660).

The .40 caliber Smith & Wesson SD40 pistol and .45 caliber Hi-Point JHP pistol traveled in interstate and foreign commerce in that they were manufactured outside the state of Texas.